IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHEAL DUNIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.   3:20-cv-6 |
| | ) | |
| HURRAH REDMAN, | ) | Removed from St. Clair County, Illinois |
| PHS ENTERPRISES, INC., d/b/a MIDSTATE | ) | 19-L-0829 |
| PRODUCE, | ) | |
| HOGAN TRUCK LEASING, INC., | ) | |
| HOGAN TRANSPORTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants, HURRAH REDMAN and PHS ENTERPRISES, INC., d/b/a MIDSTATE PRODUCE,

by and through their attorneys, HEYL ROYSTER, VOELKER & ALLEN, P.C., state as follows:

1.      This is a civil action filed on November 26, 2019, Case Number 19-L-0829, entitled,

*Micheal Dunigan, Plaintiff vs Hurrah Redman, et al.*  Defendant Redman was served on or about

December 4, 2019.  Defendant PHS Enterprises, Inc. was served on or about December 4, 2019.

Defendants Hogan Truck Leasing, Inc. and Hogan Transports, Inc. were served on or about

November 26, 2019.

2.      This is an action for personal injuries based on an auto accident which occurred on

or about February 16, 2019.  This action is wholly between citizens of different states:

a.      Plaintiff, Micheal Dunigan, is a citizen of St. Clair County, Illinois;

b.      Defendant, Hurrah Redman, is a citizen of St. Louis, Missouri;

c.      Defendant, PHS Enterprises, Inc. is a Missouri corporation with its principal

place of business in St. Louis, Missouri.

d.      Defendant, Hogan Truck Leasing, Inc. is a Missouri corporation with its principal place of business in St. Louis, Missouri.

e.      Defendant, Hogan Transports, Inc. is a Missouri corporation with its principal place of business in St. Louis, Missouri.

3.      The Plaintiff's Complaint alleges that he was involved in a motor vehicle accident with a vehicle driven by Hurrah Redman.  Plaintiff alleges that Redman was an employee of Defendant PHS Enterprises, Inc. and that the vehicle he was operating at the time of the collision was owned or leased by Hogan Truck Leasing, Inc. and/or Hogan Transports, Inc.

4.      Plaintiff's Complaint further alleges that as a result of the motor vehicle collision plaintiff has suffered and "will suffer in the future, severe injury and pain, lost wages, loss of enjoyment of life, medical bills past and future, past and future pain and suffering and disability and property damage as a result of defendant's negligence."  Plaintiff's Complaint seeks damages in an amount in excess of $50,000.

5.       Attached as Exhibit "A" is a bill from plaintiff's visit to St. Elizabeth's Hospital Emergency Room on the accident date. (Plaintiff's Social is partially blocked)  At the bottom of the bill diagnostic codes are provided. Plaintiff was diagnosed with following:

a.      "Traumatic subarachnoid hemorrhage without loss of consciousness. initial encounter" – S06.6XOA

b.      "Pain in left knee" - M25562

c.      "Cervicalgia"  -M542

d.      "Hypertension" -I10

e.      "Low Back Pain" – M545; and

f.      "Nicotine Dependence" - F17210. (Exhibit "A"))

6. The District Court of the United States for the Southern District of Illinois has jurisdiction by reason of diversity of citizenship between plaintiff and defendants, and the amount in controversy under 28 U.S.C. §1332.  Defendants are entitled to remove the case pursuant to 28 U.S.C. §1441.

7. As required by 28 U.S.C. §1446(a), a copy of the complaint and summons served upon defendants are filed herewith and made a part hereof.

WHEREFORE, Defendants, HURRAH REDMAN and PHS ENTERPRISES, INC., d/b/a MIDSTATE PRODUCE, pray that this Honorable Court accept jurisdiction of this action.

HURRAH REDMAN, PHS ENTERPRISES, INC.,
d/b/a MIDSTATE PRODUCE, Defendants

BY:_____*/s/ Michael J. Bedesky*_____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Michael J. Bedesky - #6206551

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia, P.O. Box 467
Edwardsville, Illinois 62025
Telephone  618.656.4646
Facsimile  618.656.7940
mbedesky@heylroyster.com
edwecf@heylroyster.com

**PROOF OF SERVICE**

       The undersigned hereby certifies that on this 3rd day of January, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Matthew P. Young – [mattyoung@kuehnlawfirm.com](mailto:mattyoung@kuehnlawfirm.com)
       Kuehn, Beasley & Young, P.C.,
       **Attorney for Plaintiff**

                                            _/s/ Michael J. Bedesky_
                                    HEYL, ROYSTER. VOELKER & ALLEN, P.C.