IN THE FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHEAL DUNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:20-CV-00006 |
| ) | |
| HURRAH REDMAN, ) | Removed from St. Clair County |
| PHS ENTERPRISES, INC. d/b/a MIDSTATE ) | Illinois 19-L-829 |
| PRODUCE, ) | |
| HOGAN TRUCK LEASING, INC. ) | |
| HOGAN TRANSPORTS, INC. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO VOLUNTARILY DISMISS HOGAN TRANSPORTS, INC. ONLY WITHOUT PREJUDICE**

COMES NOW Plaintiff, Michael Dunigan, by and through his attorney, Matthew P. Young of Kuehn, Beasley & Young, P.C., and for his Motion to Voluntarily Dismiss Hogan Transports, Inc. Only Without Prejudice under Rule 41, states as follows:

1. Rule 41 provides that a plaintiff may, at any time before trial or hearing begins, dismiss his or her action without prejudice.

2. That this dismissal is afforded to Plaintiff as a matter of right.

3. Therefore, it is prayed that Plaintiff's claim against Hogan Transports, Inc. only be dismissed without prejudice with the right to refile.

4. Defense counsel has no objection to this motion.

WHEREFORE, Plaintiff prays this Court enter an order allowing Plaintiff's claims against only Hogan Transports Inc. to be voluntarily dismissed without prejudice and right to refile, each party to pay their own costs, and for such further relief as this Court deems just and proper.

        Respectfully Submitted,

        /s/Matthew P. Young
        Matthew P. Young #6291110
        Attorney for Plaintiffs
        Kuehn, Beasley & Young, P.C.
        23 South 1st Street
        Belleville, Illinois 62220
        Phone:  618.277.7260
        Fax:  618.277.7718

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the CM/ECF electronic filing system, this 4th day of February, 2020, upon all counsel of record as follows:

| | |
|---|---|
| Cheryl A. Callis<br>Kortenhof McGlynn & Burns, LLC<br>1015 Locust Street, Suite 710<br>St. Louis, MO  63101<br>cheryl@kmblaw1.com<br>**Attorneys for Defendants Hogan Truck Leasing, Inc.**<br>**And Hogan Transports, Inc.** | Michael Bedesky<br>Heyl, Royster, Voelker & Allen, P.C.<br>Suite 100, Mark Twain Plaza III<br>105 West Vandalia, P.O. Box 467<br>Edwardsville, IL 62025<br>**Attorneys for Defendants Hurrah**<br>**Redman and PHS Enterprises, Inc.** |

        /s/Tracy R. Dillon
        Tracy Dillon
        Kuehn, Beasley & Young, P.C.