# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHEAL DUNIGAN,** *Plaintiff,* | ) ) ) |
| vs. | ) CASE NO. 20-cv-6-RJD ) |
| **HURRAH REDMAN, et al.,** *Defendants.* | ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBBY ORDERED AND ADJUDGED** pursuant to the Order entered by the Court on May 27, 2021 that all claims have been settled or otherwise resolved and all Defendants are dismissed from this action with prejudice, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED:  August 11, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

By: *s/ Jamie Melson*
      Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**